In the Matter of the Accounting of Nora C. Hawley et al., as Executors of William S. Hawley, Deceased, Appellants. Bertha A. Harris et al., Respondents.

*Matter of Hawley*, 108 App. Div. 185, affirmed.
(Argued May 7, 1906; decided May 22, 1906.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 11, 1905, which affirmed a decree of the Monroe County Surrogate's Court sustaining objections to the allowance of certain items in the accounts of the executors herein.

*Clarence W. McKay* for appellants.

*J. W. Barrett* and *Walter I. Scott* for respondents.

Order affirmed, with costs to each respondent appearing by counsel, to be paid by appellants personally; no opinion.
Concur: Cullen, Ch. J., O'Brien, Haight, Vann, Werner and Willard Bartlett, JJ. Not sitting: Hiscock, J.